# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHAN AUERBACH,                    )    Case No. 3:12-cv-00153-LB
                                     )
Plaintiff,                           )    ~~PROPOSED~~ ORDER
                                     )
            vs.                      )
                                     )
NORTHLAND GROUP, INC.,               )
                                     )
Defendant.                           )
                                     )
                                     )
_____ )

        IT IS HEREBY ORDERED that the parties Stipulation to Continue the

Mediation Completion Date and Further Case Management Conference.  The

Mediation Completion Date is now   October 31          , 2012 and the Further

Case Management Conference will be held on   November 1             , 2012

at  10:30     am/pm. A Joint Case Management Conference Statement due by
                          October 25, 2012.

        Dated this   21st  day of   August  , 2012

_____

The Honorable Laurel Beeler